FILED
John E. Triplett, Acting Clerk
United States District Court

*By CAsbell at 8:20 am, Jun 02, 2020*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| ANTONIO ROCK, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, Commissioner of Social Security, <br><br> Defendant. | CIVIL ACTION NO.: 6:19-cv-96 |

**O R D E R**

This matter is before the Court on Defendant's Motion to Dismiss for Noncompliance with a Court Order.  Doc. 11.  Plaintiff filed his Complaint on October 24, 2019, seeking review of the Social Security Commissioner's decision to deny his disability.  Doc. 1.  On March 2, 2020, the Court ordered Plaintiff to file a brief setting forth all errors which Plaintiff contends entitle him to relief and further ordered Plaintiff to include specific information in his brief.  Doc. 9 at 1–2.  To date, Plaintiff has not complied with this Court's Order.  On May 29, 2020, Defendant file a Motion to Dismiss Plaintiff's action for failure to comply with an Order of the Court.  Doc. 11.  The Court hereby **ORDERS** Plaintiff to respond to Defendant's Motion to Dismiss within seven days of the date of this Order.  Further, the Court **ORDERS** Plaintiff to comply with the Court's prior Order and file his brief on the merits within seven days of the date of this Order.  In doing so, Plaintiff shall comply with the instructions given in the Court's

March 2, 2020 Order.   Plaintiff is warned his failure to properly respond may result in the dismissal of his entire action.

**SO ORDERED**, this 2nd day of June, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA