AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANTONIO ROCK,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:19-cv-96

ANDREW SAUL, Commissioner of Social Security,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated January 27, 2021, adopting the United States Magistrate Judge's Report and Recommendation, the Court grants Defendant's Motion to Dismiss and dismisses without prejudice Plaintiff's complaint. This case stands closed.

Approved by: _____

February 2, 2021
Date

John E. Triplett, Acting Clerk
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03